**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
ALEX M. OUTWATER (CA Bar No. 259062)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
aoutwater@scott-scott.com

*Attorneys for Plaintiff Police and Fire Retirement System of the City of Detroit and Plaintiff Bucks County Employees' Retirement System*

[Additional Counsel on Signature Page.]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, on Behalf of Itself and Derivatively on Behalf of ALPHABET, Inc., <br><br> Plaintiff, <br><br> v. <br><br> LARRY PAGE, SERGEY BRIN, ERIC E. SCHMIDT, SUNDAR PICHAI, JOHN L. HENNESSY, FRANCES H. ARNOLD, L. JOHN DOERR, ROGER W. FERGUSON, JR., ANN MATHER, ALAN R. MULALLY, K. RAM SHRIRAM, and ROBIN L. WASHINGTON, <br><br> Defendants, <br> -and- <br><br> ALPHABET, Inc., <br><br> Nominal Defendant. | Case No. 3:21-cv-09388 <br><br> **JOINT STIPULATION AND ORDER REGARDING CONSOLIDATION** |

[Caption Continued on Next Page]

| | |
|---|---|
| BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and Derivatively on Behalf of ALPHABET, Inc., <br><br> Plaintiff, <br><br> v. <br><br> LARRY PAGE, SERGEY BRIN, JOHN L. HENNESSY, L. JOHN DOERR, K. RAM SHRIRAM, ANN MATHER, ALAN R. MULALLY, ROGER W. FERGUSON, JR., ROBIN L. WASHINGTON, FRANCES H. ARNOLD, SUNDAR PICHAI, and ERIC SCHMIDT, <br><br> Defendants, <br> -and- <br><br> ALPHABET, Inc., <br><br> Nominal Defendant. | Case No. 5:21-cv-09389 |

WHEREAS, on December 3, 2021, Plaintiff Bucks County Employees' Retirement System ("Bucks County"), purportedly on behalf of Nominal Defendant Alphabet, Inc. ("Alphabet"), filed the Verified Shareholder Derivative Action, against current and former directors and officers of Alphabet;

WHEREAS, on December 3, 2021, Plaintiff Police and Fire Retirement System of the City of Detroit ("Detroit"), purportedly on behalf of Nominal Defendant Alphabet, filed the Verified Shareholder Derivative Complaint, against current and former directors and officers of Alphabet (the "Detroit Complaint");

WHEREAS, the claims for breach of fiduciary duty and violations of law asserted in both of the above-described actions challenge similar alleged conduct by the Company's current and former directors and officers and involve common questions of law and fact;

WHEREAS, the parties agree that consolidation of the above-captioned actions is appropriate under Fed. R. Civ. P. 42(a), which provides: "If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay"; and

WHEREAS, it appearing that the above-captioned actions involve the same subject matter, and that the administration of justice would be best served by consolidating the actions;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and subject to the Court's approval, as follows:

1. The above-captioned actions are consolidated for all purposes into Civil Action No. 5:21-cv-09388 (the "Consolidated Action");

2. All documents previously filed to date in any of the actions consolidated herein shall be deemed part of the record in the Consolidated Action;

3.  The Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | | |
|---|---|---|
| IN RE ALPHABET, INC., SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) | CONSOLIDATED Case No. 3:21-cv-09388 |

4.  Plaintiffs hereby designate the Detroit Complaint as operative;

5.  Defendants need not respond to, move, or answer any other complaint previously filed in the above-captioned actions. The parties shall meet and confer and propose a briefing schedule for the Detroit Complaint within 30 days of the entry of the attached proposed order;

6.  This Stipulation shall apply to this Consolidated Action and any future filed actions relating to the subject matter of the Consolidated Action. When a case that properly belongs as part of the Consolidated Action is hereafter filed in the Court, the party appointed lead counsel shall call to the attention of the Court the filing of any such case and assist in providing counsel in such actions with notice of this Stipulation; and

7.  Nothing herein shall be construed as a waiver of any party's rights or positions in law or in equity, or as a waiver of any defenses that any party would otherwise have, and the parties reserve all such rights.

Dated:  December 6, 2021               Respectfully Submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 *s/ Alex M. Outwater*
Alex M. Outwater (CA Bar No. 259062)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
aoutwater@scott-scott.com

2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
CONSOLIDATION CASE NOS.: 3:21-cv-09388 AND 5:21-cv-09389

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Geoffrey M. Johnson (*pro hac vice pending*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
gjohnson@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Donald R. Broggi (*pro hac vice pending*)
Scott R. Jacobsen (*pro hac vice pending*)
Jing-Li Yu (*pro hac vice pending*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 233-6444
dbroggi@scott-scott.com
sjacobsen@scott-scott.com
jyu@scott-scott.com

*Attorneys for Plaintiff Police and Fire Retirement System of the City of Detroit and Plaintiff Bucks County Employees' Retirement System*

**BONI, ZACK & SNYDER LLC**

 *s/ Michael J. Boni*
Michael J. Boni (*admitted N.D. Cal.*)
Joshua D. Snyder (*pro hac vice pending*)
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 822-0203
mboni@bonizack.com
jsnyder@bonizack.com

*Additional Attorneys for Plaintiff Bucks County Employees' Retirement System*

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

 *s/ Boris Feldman*
Boris Feldman (CA Bar No. 128838)
Doru Gavril (CA Bar No. 282309)
Drew Liming (CA Bar No. 305156)
Elise Lopez (CA Bar No. 324199)
2710 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 618-9250
boris.feldman@freshfields.com
doru.gavril@freshfields.com
drew.liming@freshfields.com
elise.lopez@freshfields.com

| | |
|---|---|
| 1 | *Attorneys for Defendants Larry Page, Sergey Brin, John L. Hennessy, L. John Doerr, K. Ram Shriram, Ann Mather, Alan R. Mulally, Roger W. Ferguson, Jr., Robin L. Washington, Frances H. Arnold, Sundar Pichai, and Eric Schmidt and Nominal Defendant Alphabet, Inc.* |

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: December 6, 2021                   *s/ Alex M. Outwater*
                                          Alex M. Outwater (CA Bar No. 259062)

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: December 8, 2021       _____
                                                        UNITED STATES DISTRICT COURT JUDGE