United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, et al.,

        Plaintiffs,

      v.

LARRY PAGE, et al.,

        Defendants.

Case No.  21-cv-09388-RS

**SCHEDULING ORDER**

Pursuant to stipulation, Dkt. No. 38, as modified:

1. Defendants shall file their response to the Consolidated Complaint within 60 days of this order.

2. Plaintiffs shall file any opposition within 60 days of the filing of Defendants' response.

3. Defendants shall file any reply in support of their response within 30 days of the filing of Plaintiffs' opposition.

4. A hearing on Defendants' motion to dismiss shall be noticed for no earlier than 14 days after the filing of their reply. Taking the above deadlines into account, the earliest hearing date in accordance with the court's calendar and availability would be August 18, 2022.

5. The Case Management Conference, currently scheduled for March 10, 2022, is hereby continued until September 29, 2022.

**IT IS SO ORDERED**.

Dated: February 24, 2022

_____

RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California