BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
DREW LIMING, State Bar No. 305156
drew.liming@freshfields.com
ELISE LOPEZ, State Bar No. 324199
elise.lopez@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
2710 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 618-9250

*Attorneys for Defendants Larry Page, Sergey Brin, John L. Hennessy, L. John Doerr, K. Ram Shriram, Ann Mather, Alan R. Mulally, Roger W. Ferguson, Jr., Robin L. Washington, Frances H. Arnold, Sundar Pichai, Eric E. Schmidt, and Nominal Defendant Alphabet, Inc.*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ALPHABET, INC., SHAREHOLDER DERIVATIVE LITIGATION | Consolidated<br>Case No.: 3:21-cv-09388<br><br>**STIPULATION AND ORDER REGARDING TEMPORARY STAY IN PROCEEDINGS**<br><br>Location:   Courtroom 3 – 17th Floor<br>Judge:        Richard Seeborg |

WHEREAS, Plaintiffs Bucks County Employees' Retirement System and Police and Fire Retirement System of the City of Detroit have filed shareholder derivative suits against various directors and officers of Alphabet, Inc. The suits have been consolidated into one action ("the Action"), pursuant to Order of the Court dated December 8, 2021 ("the Consolidation Order"). The Court has appointed those parties as Lead Plaintiffs and Scott+Scott as Lead Counsel.

WHEREAS, on January 14, 2022, Plaintiffs filed a Consolidated Amended Complaint in the Action.

WHEREAS, the substance of the Action relates to various pending antitrust suits, which have been made part of MDL No. 3010 ("the Antitrust Cases").

WHEREAS, Defendants believe that litigating the Action now could interfere with Alphabet's defense of the Antitrust Cases. Moreover, Defendants believe that the outcome of the Antitrust Cases could have an impact on the merits of this Action. Defendants therefore requested that Plaintiffs agree to a temporary stay of the Action, pending developments in the Antitrust Cases. Defendants advised Plaintiffs that, if they did not agree to such a stay, Defendants would move for a stay before this Court.

WHEREAS, in response to Defendants' request, Plaintiffs hereby agree to a temporary stay, pursuant to the terms set forth below.

NOW, THEREFORE, it is hereby stipulated among the undersigned parties:

1. Proceedings in this Action are hereby stayed for six months. During that time, Defendants need not respond to the Consolidated Amended Complaint. Discovery may not occur during that period. The Initial Case Management Conference currently scheduled for September 29, 2022, and all associated deadlines, shall be vacated. Should additional cases be filed that fall within scope of the Consolidation Order, the parties may take such actions as are appropriate to include those cases in this Action.
2. The parties may agree to extend the stay at the expiration of the six-month period. Any party may terminate the stay upon five business days written notice to the other parties.

3. Defendants agree that the Audit Committee of Alphabet's Board of Directors (or such other subcommittee of the Board as the Board may determine) will monitor developments in this Action and the Antitrust Cases.

Dated: April 15, 2022  **FRESHFIELDS BRUCKHAUS DERINGER US LLP**

By: /s/ *Boris Feldman*
     Boris Feldman

*Attorneys for Defendants Larry Page, Sergey Brin, John L. Hennessy, L. John Doerr, K. Ram Shriram, Ann Mather, Alan R. Mulally, Roger W. Ferguson, Jr., Robin L. Washington, Frances H. Arnold, Sundar Pichai, Eric E. Schmidt, and Nominal Defendant Alphabet, Inc.*

Dated: April 15, 2022  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: /s/ *Maxwell Huffman*
Maxwell Huffman (CA Bar No. 264687)
Alex M. Outwater (CA Bar No. 259062)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
mhuffman@scott-scott.com
aoutwater@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Geoffrey M. Johnson (*pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
gjohnson@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Donald R. Broggi (*pro hac vice*)
Scott R. Jacobsen (*pro hac vice*)
Jing-Li Yu (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 233-6444
dbroggi@scott-scott.com
sjacobsen@scott-scott.com

jyu@scott-scott.com

*Attorneys for Plaintiff Bucks County Employees' Retirement System and Plaintiff Police and Fire Retirement System for the City of Detroit*

**BONI, ZACK & SNYDER, LLC**
Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 888-6032
mboni@bonizack.com
jsnyder@bonizack.com

*Additional Attorneys for Plaintiff Bucks County Employees' Retirement System*

# CERTIFICATION

I, Boris Feldman, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY STAY IN PROCEEDINGS. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories concurred in this filing.

Dated: April 15, 2022                                By: /s/ Boris Feldman
                                                             Boris Feldman

# ORDER

Pursuant to the stipulation, **IT IS SO ORDERED.**

Dated: April 15, 2022

     _____
RICHARD SEEBORG, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA