BORIS FELDMAN (CA Bar No. 128838)
boris.feldman@freshfields.com
DORU GAVRIL (CA Bar No. 282309)
doru.gavril@freshfields.com
REBECCA LOCKERT (CA Bar No. 348810)
rebecca.lockert@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Larry Page, Sergey Brin, John L. Hennessy, L. John Doerr, K. Ram Shriram, Ann Mather, Alan R. Mulally, Roger W. Ferguson, Jr., Robin L. Washington, Frances H. Arnold, Sundar Pichai, Eric E. Schmidt, and Nominal Defendant Alphabet, Inc.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ALPHABET, INC., SHAREHOLDER DERIVATIVE LITIGATION | CONSOLIDATED<br><br>Case No.: 3:21-cv-09388-RS<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:        October 19, 2023<br>Time:       10:00 a.m.<br>Location:  Videoconference<br>Judge:      Hon. Richard G. Seeborg |

Pursuant to Civil Local Rules 6-2 and 7-12, and Paragraph 14 of the Court's Standing Order for Civil Cases, Nominal Defendant Alphabet, Inc. ("Alphabet" or the "Company"), and Individual Defendants Larry Page, Sergey Brin, John L. Hennessy, L. John Doerr, K. Ram Shriram, Ann Mather, Alan R. Mulally, Roger W. Ferguson, Jr., Robin L. Washington, Frances H. Arnold, Sundar Pichai, and Eric E. Schmidt (together, "Individual Defendants"; collectively with Alphabet, "Defendants") and Plaintiffs Bucks County Employees' Retirement System ("Bucks County") and Police and Fire Retirement System for the City of Detroit ("Detroit"; collectively with Bucks County, "Plaintiffs") (Plaintiffs and Defendants are, collectively, the "Parties") in the above-captioned consolidated case, by and through their respective counsel of record, hereby agree and stipulate that good cause exists to request an order from the Court continuing the Case Management Conference currently scheduled for October 19, 2023 to November 2, 2023—*i.e.*, 14 days after the currently scheduled hearing date.

WHEREAS, the Case Management Conference in this action is currently set for hearing on October 19, 2023, at 10:00 a.m.;

WHEREAS, there have been no previous time modifications in the case by stipulation or Court order;

WHEREAS, Counsel for Defendants has a scheduling conflict on the day of the Case Management Conference and therefore will not be able to appear at the scheduled time;

WHEREAS, the Parties believe that, in light of the foregoing and to conserve the Court's and the Parties' resources, good cause exists to continue the October 19, 2023 Case Management Conference 14 days to November 2, 2023, so that Counsel for Defendants can participate in the Case Management Conference;

WHEREAS, the Parties do not seek to extend these deadlines for the purpose of delay, and the proposed modification will not affect any additional pre-trial and trial dates, which have not yet been set by the Court.

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, subject to Court approval, as follows:

1. The Case Management Conference is continued from October 19, 2023, at 10:00 a.m. to November 2, 2023, at 10:00 a.m.  **IT IS SO STIPULATED.**

Dated: October 16, 2023　　　　　　　　　**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

By: /s/ *Boris Feldman*
　　　Boris Feldman

*Attorneys for Defendants Larry Page, Sergey Brin, John L. Hennessy, L. John Doerr, K. Ram Shriram, Ann Mather, Alan R. Mulally, Roger W. Ferguson, Jr., Robin L. Washington, Frances H. Arnold, Sundar Pichai, Eric E. Schmidt, and Nominal Defendant Alphabet, Inc.*

Dated: October 16, 2023　　　　　　　　　**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: /s/ *Jing-Li Yu*
　　　Maxwell Huffman (CA Bar No. 264687)
　　　Alex M. Outwater (CA Bar No. 259062)
　　　600 W. Broadway, Suite 3300
　　　San Diego, CA 92101
　　　Telephone: (619) 233-4565
　　　mhuffman@scott-scott.com
　　　aoutwater@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Geoffrey M. Johnson (*pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
gjohnson@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Donald R. Broggi (*pro hac vice*)
Jing-Li Yu (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 233-6444
dbroggi@scott-scott.com
jyu@scott-scott.com

*Attorneys for Plaintiff Bucks County Employees' Retirement System and Plaintiff Police and Fire Retirement System for the City of Detroit*

**BONI, ZACK & SNYDER, LLC**
Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 888-6032
mboni@bonizack.com
jsnyder@bonizack.com

*Additional Attorneys for Plaintiff Bucks County Employees' Retirement System*

**CERTIFICATION**

I, Boris Feldman, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories concurred in this filing.

Dated: October 16, 2023                                      By: /s/ Boris Feldman
                                                                  Boris Feldman

**ORDER**

Pursuant to the stipulation, **IT IS SO ORDERED.**

Dated: October 16, 2023

_____
RICHARD SEEBORG, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA