PATRICK COUGHLIN (CA Bar No. 111070)
MAXWELL R. HUFFMAN (CA Bar No. 264687)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
pcoughlin@scott-scott.com
mhuffman@scott-scott.com

*Lead Attorneys for Co-Lead Plaintiff Police and Fire Retirement System of the City of Detroit and Co-Lead Plaintiff Bucks County Employees' Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ALPHABET, INC., SHAREHOLDER DERIVATIVE LITIGATION | CONSOLIDATED Case No.: 5:21-cv-9388-RFL  **DECLARATION OF JING-LI YU IN SUPPORT OF CO-LEAD PLAINTIFFS' UNOPPOSED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**  Hon. Rita F. Lin, U.S.D.J. |

I, Jing-Li Yu, pursuant to 28 U.S.C. §1746, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Scott+Scott Attorneys at Law LLP, counsel for Co-Lead Plaintiffs Police and Fire Retirement System of the City of Detroit and Bucks County Employees' Retirement System (together, "Co-Lead Plaintiffs") in the above-captioned consolidated matter. I make this declaration in support of Co-Lead Plaintiffs' Unopposed Notice of Motion and Motion for Preliminary Approval of Settlement. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Joint Stipulation and Agreement of Settlement dated May 30, 2025, and Exhibits A–D thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 30, 2025, at New York, New York.

                                              *s/ Jing-Li Yu*
                                              JING-LI YU

1

DECLARATION OF JING-LI YU IN SUPPORT OF CO-LEAD PLAINTIFFS' UNOPPOSED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
CONSOL. CASE NO.: 5:21-cv-9388-RFL

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. All parties not so registered will be served via e-mail or U.S. Mail.

Executed on May 30, 2025, at New York, New York.

      _s/ Jing-Li Yu_
      JING-LI YU (CA Bar No. 342985)
      SCOTT+SCOTT ATTORNEYS AT LAW LLP

      *Counsel for Co-Lead Plaintiffs*