BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
REBECCA E. LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Larry Page, Sergey Brin, John L. Hennessy, L. John Doerr, K. Ram Shriram, Ann Mather, Alan R. Mulally, Roger W. Ferguson, Jr., Robin L. Washington, Frances H. Arnold, Sundar Pichai, and Eric Schmidt and Nominal Defendant Alphabet, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ALPHABET, INC., SHAREHOLDER DERIVATIVE LITIGATION | Case No.: 3:21-cv-09388-RFL<br><br>**ALPHABET'S NOTICE OF WITHDRAWAL OF JOINDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to the Court's recent order, ECF No. 93, Alphabet has reviewed the Verified Amended Consolidated Shareholder Derivative Action Complaint, ECF No. 85-4. Having evaluated the nature of redactions in light of the Court's Order, ECF No. 85, and in taking into consideration the passage of time, Alphabet will withdraw its Joinder to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. ECF No. 88.

Dated: July 7, 2025

FRESHFIELDS US LLP

By: */s/ Boris Feldman*
Boris Feldman

*Attorneys for Defendants*