1  BORIS FELDMAN, State Bar No. 128838
   boris.feldman@freshfields.com
2  DORU GAVRIL, State Bar No. 282309
   doru.gavril@freshfields.com
3  REBECCA E. LOCKERT, State Bar No. 348810
   rebecca.lockert@freshfields.com
4  FRESHFIELDS US LLP
   855 Main Street
5  Redwood City, CA 94063
   Telephone: (650) 618-9250

*Attorneys for Defendants Larry Page, Sergey Brin,
John L. Hennessy, L. John Doerr, K. Ram Shriram,
Ann Mather, Alan R. Mulally, Roger W. Ferguson, Jr.,
Robin L. Washington, Frances H. Arnold, Sundar Pichai,
and Eric Schmidt and Nominal Defendant Alphabet, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE ALPHABET, INC., SHAREHOLDER DERIVATIVE LITIGATION | Case No.: 3:21-cv-09388-RFL<br><br>**DEFENDANTS' RESPONSE TO CO-LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT** |
|---|---|

RESPONSE TO CO-LEAD PLS' MOT. FOR
FINAL APPROVAL OF SETTLEMENT
CASE NO. 3:21-cv-09388-RFL

Nominal Defendant Alphabet, Inc. ("Alphabet"), and Individual Defendants Larry Page, Sergey Brin, John L. Hennessy, L. John Doerr, K. Ram Shriram, Ann Mather, Alan R. Mulally, Roger W. Ferguson, Jr., Robin L. Washington, Frances H. Arnold, Sundar Pichai, and Eric E. Schmidt (together, "Individual Defendants"; collectively with Alphabet, "Defendants") respectfully submit this memorandum in response to Co-Lead Plaintiffs' Motion for Final Approval of Settlement, filed on August 15, 2025. ECF No. 106.

Without adopting Co-Lead Plaintiffs' characterization of the underlying facts, legal conclusions, or of developments during the course of the litigation, Defendants support the entry of a final order approving the settlement, along with entry of the proposed Order and Final Judgment. Since the Court entered its Preliminary Approval Order on July 8, 2025, nothing has changed in Defendants' view to warrant rejecting this resolution. ECF No. 101.

With respect to Co-Lead Plaintiffs' proposed fee award, ECF No. 107, Defendants take no position.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: August 25, 2025 | FRESHFIELDS US LLP |
| | By: */s/ Boris Feldman* <br> Boris Feldman |
| | *Attorneys for Defendants* |