UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ALPHABET, INC., SHAREHOLDER DERIVATIVE LITIGATION | Case No. 21-cv-09388-RFL<br><br>**FINAL JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Action[1] and all the claims asserted in the Action have been dismissed with prejudice.

2. Without affecting the finality of this Judgment in any way, this Court retains continuing and exclusive jurisdiction over: (a) the Settling Parties and all current Alphabet stockholders for purposes of the administration, interpretation, implementation, and enforcement of the Settlement; and (b) all other matters relating to the Action.

3. This Judgment is intended to be a final disposition of the Action in its entirety and is intended to be immediately appealable.

4. Under Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that there is no just reason for delay in the entry of this Judgment.

**IT IS SO ORDERED.**

Dated: October 22, 2025

_____
RITA F. LIN
United States District Judge

---

[1] Capitalized terms are defined in the Order and Final Judgment. (Dkt. No. 127.)